FILED
2018 MAY 31 AM 11:20
CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| HAROLD MARK TORBETT (A.K.A. MARK TORBETT) and REGINA TORBETT,<br><br>Plaintiffs,<br><br>vs.<br><br>THE CITY OF OGDEN, OGDEN CITY POLICE DEPARTMENT, CODY MARSH, Z. MARTIN, T. WILLIAMS,<br><br>Defendants. | **ORDER ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND MOTION IN LIMINE**<br><br>Case No. 1:16-cv-00044-BSJ<br>Judge: Bruce S. Jenkins |

Defendants filed a Motion for Summary Judgment [CM/ECF No. 42] and a Motion in Limine [CM/ECF No. 44]. Oral argument on the Motion for Summary Judgment took place on May 18, 2018 with all parties represented by counsel. Based upon the briefing and arguments of the Parties,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

1. As to Defendants Ogden City and the Ogden City Police Department, the Motion for Summary Judgment is GRANTED, and the same are hereby dismissed with prejudice from this matter;

2. As to Defendant Martin, the Motion for Summary Judgment is GRANTED, and he is hereby dismissed with prejudice from this matter;

3. As to Defendants Williams and Marsh, the Court shall take the matter under advisement and shall issue a ruling on the Motion for Summary Judgment as it concerns them;

4. As to the Motion in Limine, the Court reserves that motion for later argument and adjudication, if necessary;

5. The Final Pre-trial, currently set for Friday, May 25, 2018, and all dates associated with it, including the filing of a proposed pre-trial order, is hereby stricken and shall be set for a future date if necessary.

**SO ORDERED** this 29th day of May, 2018.

BY THE COURT:

_____
Bruce S. Jenkins
United States Senior District Judge

Approved as to form and content:

/s/ Stephen F. Noel                    .
Attorney for Defendants

/s/ Michael Hepworth w/permission via email   .
Attorney for Plaintiffs